| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| RECUSAL ORDER | Case Number | 4:11cv2667 |
| Style | Bo Steffen Andersen v. Warden Joe Smith | |
| ORDER | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. | |

Signed *[signature]*

Ewing Werlein, Jr.,
United States District Judge

Date: July 25, 2011